Electronically FILED by Superior Court of California, County of Riverside on 06/27/2025 04:40 PM
Case Number CVME2507372 0000133637307 - Jason B. Galkin, Executive Officer/Clerk of the Court By Aly LaMar, Clerk

**LAW OFFICES OF BRIAN J. FERBER, INC.**
**Brian J. Ferber, Esq., S.B. No. 156571**
5611 Fallbrook Avenue
Woodland Hills, California 91367
(818) 888-0820
bferberesq@aol.com
File No. 04758
Attorneys for Plaintiffs
OREGON MUTUAL INSURANCE COMPANY
DE'ANDRE WILLIAMS

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF RIVERSIDE, MENIFEE JUSTICE CENTER

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY; DE'ANDRE WILLIAMS <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC.;  BEST BUY STORES, L.P., and DOES 1 to 15, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

CASE NO.: CVME2507372

**COMPLAINT**

**1. STRICT PRODUCTS  LIABILITY**
**2, NEGLIGENCE**

**(Unlimited Jurisdiction)**

Plaintiffs, OREGON MUTUAL INSURANCE COMPANY and DE'ANDRE WILLIAMS (Plaintiffs), allege against defendants, and each of them, as follows:

**PARTIES**

1.      Plaintiff  OREGON MUTUAL INSURANCE COMPANY (OREGON MUTUAL) is an insurance company qualified to conduct insurance business in California.

2.      Plaintiff DE'ANDRE WILLIAMS (WILLIAMS) is an individual residing at 24039 VERDUN LN, MURRIETA, CA 92562 (WILLIAMS PROPERTY).

3.      Plaintiffs are  informed and believe and allege that defendant SAMSUNG ELECTRONICS AMERICA, INC. (SAMSUNG) was, and is now, a corporation qualified to do business in California and is in the business of manufacturing, distributing and marketing

- 1 -
**COMPLAINT FOR STRICT PRODUCTS  LIABILITY & BREACH OF CONTRACT**

products including SAMSUNG refrigerators.

4.      Plaintiffs are informed and believe and allege that defendant BEST BUY STORES, L.P. (BEST BUY) is authorized to transact business in the state of California and is in the business of selling, distributing and marketing products including SAMSUNG refrigerators.

5.      The true names of the defendants identified herein as DOES 1 through 15, inclusive, are unknown to plaintiffs.  Pursuant to *C.C.P.* § 474, Plaintiffs will seek leave of court to amend this complaint and allege the names of such individuals and entities as soon as they are ascertained.

6.      Plaintiffs are informed and believe and allege that each of these fictitiously-named defendants is, and at all times herein mentioned was, in the business of assembling, installing, manufacturing, producing, distributing, designing, selling and inspecting SAMSUNG refrigerators, and the components thereof referred to, and that each such defendant is responsible in some manner for placing or causing to be placed into the stream of commerce the particular defective SAMSUNG refrigerator and the components thereof referred to, and that plaintiff's damages as hereinafter alleged were proximately caused by the acts of such defendants, and each of them.

7.      Plaintiffs are informed and believe and allege that each of the defendants was the agent, joint venturer and/or employee of each of the other defendants, and in doing the things hereinafter alleged was acting within the course and scope of said agency, employment and/or joint venture with the advanced knowledge, acquiescence or subsequent ratification of each and every remaining defendant.

**COMMON ALLEGATIONS**

8.      On or about July 9, 2023 OREGON MUTUAL's insured, WILLIAMS, purchased a SAMSUNG refrigerator, Model No. RF29BB8600QLAA , Serial No. 1H8843AW502533M (SAMSUNG refrigerator), from BEST BUY for use at the WILLIAMS PROPERTY

9.      On or about July 9, 2023, a water loss occurred at the WILLIAMS PROPERTY.  The water loss was caused by a failure of the water inlet valve located inside the water tube cover/assembly tube of the SAMSUNG refrigerator resulting in water damage to the WILLIAMS PROPERTY and its contents.

- 2 -
**COMPLAINT FOR STRICT PRODUCTS  LIABILITY & BREACH OF CONTRACT**

10.    OREGON MUTUAL insured WILLIAMS against losses such as those which he sustained in the water loss pursuant to a policy of insurance.  OREGON MUTUAL has paid WILLIAMS an amount of approximately $100,000.00 under the terms of this policy as reimbursement for the reasonable value of the damage and/or destruction of the WILLIAMS PROPERTY and its contents as a direct and proximate result of the water loss.  WILLIAMS has incurred additional amounts of out of pocket losses in an amount to be proven at trial.

11.    As a result of the water loss, OREGON MUTUAL and WILLIAMS suffered losses for which defendants, and each of them, are liable.

12.    In compensating WILLIAMS for the losses which he suffered, OREGON MUTUAL was not acting as a volunteer, but as a party to a contract of insurance, legally bound by its obligations thereunder to compensate WILLIAMS for the reasonable value of his losses.

13.    The acts of the defendants, and each of them, have damaged OREGON MUTUAL in an amount not less than $100,000.00, and WILLIAMS in an amount to be proven at trial.

14.    The interests of justice require that the losses sustained by OREGON MUTUAL and WILLIAMS should be shifted entirely to the defendants whose conduct was responsible for the losses sustained by OREGON MUTUAL and WILLIAMS, which defendants are in an equitable position inferior to OREGON MUTUAL and WILLIAMS.  OREGON MUTUAL stands in the shoes of WILLIAMS and brings this action as equitable subrogee of WILLIAMS's claims. WILLIAMS incurred his own damages and pursues this claim individually.

## FIRST CAUSE OF ACTION

### (For Strict Products Liability against Defendants SAMSUNG, BEST BUY and DOES 1 to 15)

15.    OREGON MUTUAL and WILLIAMS reallege and incorporate by this reference the allegations of paragraphs 1 through 14 above as though fully set forth herein.

16.    Defendants, and each of them, at all times mentioned herein knew and intended that the SAMSUNG refrigerator and the components thereof they had assembled, manufactured, produced, distributed, sold, designed, warned and/or inspected would be purchased and used by consumers without inspection for defects in the SAMSUNG refrigerator or any of its component

**COMPLAINT FOR STRICT PRODUCTS  LIABILITY & BREACH OF CONTRACT**

parts.

17.    The water loss that occurred at the WILLIAMS PROPERTY on or about  July 9, 2023, was a direct and proximate result of the defects in the SAMSUNG refrigerator, as mentioned supra, which was sold, assembled, manufactured, produced, distributed, designed, warned and/or inspected by the defendants, and each of them.

18.    As a direct and proximate result of the water loss, WILLIAMS suffered losses to his property, and OREGON MUTUAL was injured by necessity of making good on its contractual obligation to reimburse WILLIAMS for the reasonable value of the losses which he suffered.

## SECOND CAUSE OF ACTION

### (Negligence against BEST BUY and DOES 1-15)

19.    OREGON MUTUAL and WILLIAMS reallege and incorporate by this reference the allegations of paragraphs 1 through 18 above as though fully set forth herein

20.    On or about July 9, 2023 BEST BUY and DOE 1-15 received the SAMSUNG refrigerator.

21.    BEST BUY and DOES 1-15 had a duty to wrap, handle and ready the SAMSUNG refrigerator for pickup in a non-negligent manner.

22.    On or about July 9, 2023 BEST BUY and DOES 1-15 negligently wrapped, handled and readied for pickup the SAMSUNG refrigerator in a manner that jarred and damaged the water inlet valve inside the water tube cover/assembly tube filter cover.

23.    This negligent wrapping and handling and readying of the SAMSUNG refrigerator resulted in the damage to the water inlet valve inside the water tube cover/assembly tube filter cover resulting in the water loss on or about  July 9, 2023.

24.    As a direct and proximate result of the water loss, WILLIAMS suffered losses to his property, and OREGON MUTUAL was injured by necessity of making good on its contractual obligation to reimburse WILLIAMS for the reasonable value of the losses which he suffered.

## PRAYER FOR RELIEF

WHEREFORE, OREGON MUTUAL and WILLIAMS seek judgment against defendants, and each of them, jointly and severally, as follows:

**COMPLAINT FOR STRICT PRODUCTS  LIABILITY & BREACH OF CONTRACT**

1.      All actual, consequential and incidental losses resulting from defendants' wrongful conduct and defective product, in sums according to proof;

2.      Prejudgment interest;

3.      And for such other and further relief as the court deems just and proper.

Dated: June 25, 2025                        LAW OFFICES OF BRIAN J. FERBER

By: _____
    Brian J. Ferber, Esq.
    Attorneys for Plaintiffs,
    OREGON MUTUAL INSURANCE COMPANY
    DE'ANDRE WILLIAMS

**COMPLAINT FOR STRICT PRODUCTS  LIABILITY & BREACH OF CONTRACT**